**The Law Offices of Michael Martinovsky, P.C.**
MICHAEL MARTINOVSKY, ESQ. (SBN 242594)
1925 Francisco Blvd E., Ste. 17
San Rafael, CA 94901
Phone: 415-230-5360
Fax: 415-230-5361
Email: michael@martinovskylaw.com

Attorney for Plaintiffs
EUGENIU TURUTA and RADU TURUTA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIU TURUTA and RADU TURUTA,<br><br>                               Plaintiffs,<br>   v.<br><br>CLOUDFLARE, INC, a Delaware corporation, and DOES 1 through 30, inclusive,<br><br>                               Defendants. | CASE NO. 3:24-cv-04244<br><br>[San Francisco Superior Court Case No. CGC-24-615196]<br><br>PLAINTIFFS EUGENIU TURUTA AND RADU TURUTA'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUAN TO CIVIL L.R. 3-15 |

Plaintiffs EUGENIU TURUTA and RADU TURUTA (hereafter, collectively, "Plaintiffs") certify that pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest to report.

Dated: October 25, 2024,          The Law Offices of Michael Martinovsky, P.C.

                                  *Michael Martinovsky*
                                  MICHAEL MARTINOVSKY
                                  Attorney for Plaintiffs
                                  EUGENIU TURUTA and RADU TURUTA

1

PLAINTIFF'S DISCLOSURE OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS