**The Law Offices of Michael Martinovsky, P.C.**
MICHAEL MARTINOVSKY, ESQ. (SBN 242594)
1925 Francisco Blvd E., Ste. 17
San Rafael, CA 94901
Phone: 415-230-5360
Fax: 415-230-5361
Email: michael@martinovskylaw.com

*Attorney for Plaintiffs*
*EUGENIU TURUTA and RADU TURUTA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIU TURUTA and RADU TURUTA,<br><br>Plaintiffs,<br>v.<br><br>CLOUDFLARE, INC, a Delaware corporation, and DOES 1 through 30, inclusive,<br><br>Defendants. | CASE NO. 3:24-cv-04244<br><br>[San Francisco Superior Court Case No. CGC-24-615196]<br><br>**PLAINTIFFS EUGENIU TURUTA AND RADU TURUTA'S NOTICE OF VOLUNTARY DISMISSAL OF THIS ENTIRE CASE** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL:

Plaintiffs in this matter and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss: this entire case. Such dismissal shall be without prejudice, which each side to bear its own costs and fees.

Dated: April 7, 2025              The Law Offices of Michael Martinovsky, P.C.

*Michael Martinovsky*
MICHAEL MARTINOVSKY
Attorney for Plaintiffs
EUGENIU TURUTA and RADU TURUTA

1

PLAINTIFF'S REQUEST FOR DISMISSAL